64 A.3d 254

In re Brett B. WEINSTEIN, Esquire.

Petition of Brett B. Weinstein.

No. 46 EM 2013.

Supreme Court of Pennsylvania.

March 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of March 2013, the Petition for Allowance of Subpoena for Judge/DJ to Appear as Character Witness is **DENIED.**